THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL FIGUEROA, Appellant.

Submitted April 27, 2009; decided April 30, 2009

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAICO LOPEZ-JIMENEZ, Appellant.

Submitted April 20, 2009; decided April 30, 2009

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.